JOHN HURD, Respondent, *v.* REPUBLIC STEEL CORPORATION, Appellant.

Argued March 6, 1945; decided April 12, 1945.

*Casper V. Baltensperger, Patrick S. Mason, Bernard Katzen* and *William F. O'Rourke* for appellant.

*Wallace J. Stakel* and *Wendell J. Brown* for United States Gypsum Company, *amicus curiæ,* in support of appellant's position.

*William L. Clay* for respondent.

Appeal dismissed, with costs on the ground that the certified question is not a question directly presented in the court below, and an answer to the certified question might still leave open other questions decided by the court below as a basis of the order appealed from.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.